# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141536

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

36TH DISTRICT COURT,
      Plaintiff/Counter-Defendant-
      Appellant,

v

                             SC: 141536
                             COA: 291643
                             Wayne CC: 08-117123-NZ

AFSCME LOCAL 3308,
      Defendant/Counter-Plaintiff-
      Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 24, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010                _____
                                        Clerk

y1213